UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24849-MGC

WINDY LUCIUS,

      Plaintiff,

v.

MARATHON PETROLEUM CORPORATION,

      Defendant.

                                         /

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

      Plaintiff Windy Lucius hereby files this Corporate Disclosure Statement and Certificate of Interested Persons:

      1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

            Plaintiff's Counsel, J. Courtney Cunningham, Esq.
            J. Courtney Cunningham, PLLC
            Windy Lucius, Plaintiff
            Marathon Petroleum Corporation, Defendant

      2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

            Unknown.

      3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

            ADASure, Plaintiff's web accessibility expert

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Windy Lucius

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.