UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24849-MGC

WINDY LUCIUS,

    Plaintiff,

v.

MARATHON PETROLEUM CORPORATION,

    Defendant.

_____/

**PLAINTIFF'S COUNSEL'S VERIFIED CERTIFICATE
REGARDING FILINGS FOR THE SAME OR SIMILAR
VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT**

    Counsel for Plaintiff Windy Lucius, files his verified statement regarding prior filings for the same or similar violations of the Americans with Disabilities Act and states as follows:

    1.    Counsel for Plaintiff has sued Defendant for failure to make its mobile application accessible for persons with vision disabilities.

    2.    Counsel has conducted a search of the filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether Defendant has been sued for the same or similar violations of the Americans with Disabilities Act.

    3.    Counsel has not found a similar case where Defendant has been sued for the same or similar violations of the Americans with Disabilities Act.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.

2