AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   1:20-CV-24849-MGC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   MARATHON PETROLEUM CORPORATION

was received by me on *(date)*   11/25/2020

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (MANAGING AGENT)_____, who is
designated by law to accept service of process on behalf of *(name of organization)*  MARATHON PETROLEUM CORPORATION
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801  on *(date)*  11/25/2020 at 2:45 PM_____

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  11/25/2020_____

_____
*Server's signature*

DENORRIS BRITT   PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360,
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR INJUNCTIVE RELIEF;

SWORN TO ME ON 11/25/2020

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires   August 25, 2022

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  1:20-cv-24849-MGC |
| MARATHON PETROLEUM CORPORATION | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARATHON PETROLEUM CORPORATION
c/o Registered Agent THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____ 11/25/2020 _____

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court