UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24849-MGC

WINDY LUCIUS,

    Plaintiff,

v.

MARATHON PETROLEUM CORPORATION,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") and Defendant MARATHON PETROLEUM CORPORATION ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and intend to file a Notice of Dismissal with Prejudice with the Court within sixty (60) days.

Dated: January 15, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Eric S. Boos* |
| J. Courtney Cunningham, Esq. | Eric S. Boos, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SHOOK, HARDY & BACON L.L.P. |
| FBN: 628166 | FBN: 107673 |
| 8950 SW 74th Court | Citigroup Center, Suite 3200 |
| Suite 2201 | 201 South Biscayne Boulevard |
| Miami, FL 33156 | Miami, FL 33131 |
| T: 305-351-2014 | T: 305-358-5171 |
| cc@cunninghampllc.com | eboos@shb.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                    */s/ J. Courtney Cunningham*
                      J. Courtney Cunningham, Esq.