## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-24849-Civ-COOKE/O'SULLIVAN

WINDY LUCIUS,

    Plaintiff,

vs.

MARATHON PETROLEUM CORPORATION,

    Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING
### CASE UPON NOTICE OF SETTLEMENT

THIS MATTER comes before me on the parties' Joint Notice of Settlement (ECF No. 11). The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, or the parties filing a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). If the parties file a stipulation of final dismissal and desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). A notice of dismissal, or a stipulation of dismissal must be filed within 60 days of this Order. The Clerk will *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, Miami, Florida, this 15th day of January 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*